1:23cv292

ROBERT JAMES SWINT,
                PLAINTIFF,                COMPLAINT

-- VS (against) --

DEPARTMENT OF JUSTICE
    EchoStar,    DEFENDANTS,

COMPLAINT

The DOJ seems to think its OK to turn cell phone companies into military operations and weaponize the public. All to secure there Child Molestation + Human Trafficking Ring, Claiming its for Research, like the 1958 "Printing Unit" that was suppose to be for medical but instead released Monkey Pox in front of everyone in that lab. Then released it again in the heart of covid to show whatever it was protecting had been "Awoken." Well that was

access to those partys of pirzes, ghost guns, that they weaponized the public with and now rape is the new image of America with dickers, beepers, and mind flashers, so basically all you gotta do is respond when they alert you of a whitness, someone who is going to tell, or any other kink in the Dish Network v Ran/O Ran $cloud service, that crashed the same day "they got hacked" when then left the update log open online and it showed they were attempting to bypass authorization, when saml was the login, they created a copy and tried renaming it to saml2 to see if saml could pass the genetive test, since they rigged her gov spot in Washington, the head of the ring, in tent city (intensity) after freeing (giving permission) to Tina Kotek Frequency (awiney & John Dist R), there server blew out for two months and the FBS, the

US Marshalls all had a major security breach at the same time, as they were all linked to the same server. Verizon and DOD got together in Dec 22, right after I filed a report. The FBI is the middle men between Dish/Verizon btw. The DOD acted like they were reading them to get authorization then setup shop and now are Verizon weaponizing a whole underground network. They are using US Bank for monitoring assets, Oregon Lottery to control/program your responses, using Safeway, Clatskanie to hide their server, and Calculator, which posts at the bottom of the ads things like SA Common and Gate 2. They purchased the Ny Molla Enso store as the Longview location where Marie Perez/Tina have no authority because Biden thought he could control both sides having them vote 1 way and another to have both sides opposite for this whole time, drug laws, lottery, ghost guns, abortion even bringing it back after pretending to make murder rape

They have already been caught, and now there going into denial and delerious weaponizing wireless shock devices that render the target unable to function and sending electricity through the body ~~scribbled~~ like a wireless taser basically allowing straight murder-rape with not a soul able to say a word, or else fear of 4792 Tina Kotek, Who, No No No John Dean's a scam as well that's his brothers name and its a no no no, they use it to take control of your mind, this is there payment from FBI, And try blowing your eardrum out from the pitch and then walk on your brain it feels like. Even britney spears is a victim. These guys are mad acting like there holding it on pocket, or pinching something. I'm asking for 888,759,632.39 Per it agreed

<60>

</60>