| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ROBERT JAMES SWINT, §
§
*Plaintiff*, §
§
*versus* §   CIVIL ACTION NO. 1:23-CV-292
§
DEPARTMENT OF JUSTICE *and* §
ECHOSTAR, §
§
*Defendants*. §
§

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Robert James Swint ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, alleging cell phone and other telecommunication companies have been turned into "military operations" that are "weaponizing the public" (#1).  The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court.  On December 18, 2023, the magistrate judge entered a Report and Recommendation (#4) in which she recommended dismissing this suit as frivolous under 28 U.S.C. §1915(e)(2).  To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#4) is **ADOPTED**. Plaintiff's claims are **DISMISSED** with prejudice. A final judgment will be entered by the court.

SIGNED at Beaumont, Texas, this 25th day of January, 2024.

                                  MARCIA A. CRONE
                            UNITED STATES DISTRICT JUDGE