| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ROBERT JAMES SWINT, §
§
*Plaintiff*, §
§
*versus* § CIVIL ACTION NO. 1:23-CV-292
§
DEPARTMENT OF JUSTICE *and* §
ECHOSTAR, §
§
*Defendants*. §

## FINAL JUDGMENT

Pursuant to the court's Order Adopting the Report and Recommendation of the United States Magistrate Judge, it is **CONSIDERED**, **ORDERED**, and **ADJUDGED** that Plaintiff's claims are dismissed in their entirety. The clerk of the court is directed to **CLOSE** this case.

**THIS IS A FINAL JUDGMENT**.

SIGNED at Beaumont, Texas, this 25th day of January, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE